IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CASIE MEYER** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:14cv131-HSO-RHW** |
| | § | |
| | § | |
| **CHECK SYSTEMS, LLC,** | § | |
| **JOSEPH BELLA, III,** | § | |
| **and DOE 1-4** | § | **DEFENDANTS** |

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Amended Motion for Default Judgment and Attorney's Fees [25],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Casie Meyer and against Defendant Joseph Bella, III, in the amount of $7,715.00, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**SO ORDERED AND ADJUDGED** this the 22nd day of October, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE